**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LARRY B. REED,**

        **Plaintiff,**                        **Case No. 2:22-cv-2929**
                                                    **Judge Edmund A. Sargus, Jr.**
**v.**                                      **Magistrate Judge Elizabeth Deavers**

**JUDGE ANDREW JOSEPH, et al.,**

        **Defendant.**

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 3), which recommends dismissing this action pursuant without prejudice under Rule 41(b) for failure to comply with her order to submit the applicable filing fee or to seek leave to proceed *in forma pauperis* within thirty (30) days.  The time for filing objections have passed and no objection was filed.  Therefore, the Court **ADOPTS** the Report and Recommendation (ECF No. 3), and for the reasons set forth in it, **DISMISSES WITHOUT PREJUDICE** this case.  The Clerk is **DIRECTED** to **CLOSE** this case.

      **IT IS SO ORDERED.**


**3/2/2023**                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                      **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**